No. 117. WASHINGTON *v.* HOLLAND. Motion to dismiss submitted September 10, 1935. Decided October 14, 1935. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *Louisville & Nashville R. Co.* v. *Schmidt*, 177 U. S. 230, 236; *Holmes* v. *Conway*, 241 U. S. 624, 631–632. *Mr. Alexander T. Gordon* for appellant. *Mr. W. C. Bibb* for appellee.